IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK MAZZA,<br>　　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| TREDYFFRIN TOWNSHIP, OFFICER HITTLE and TREDYFFRIN TWP POLICE,<br>　　　　　Defendants. | NO. 15-4245 |

## ORDER

　　　　AND NOW, this 21st day of January, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 13), and Plaintiff's Response in Opposition thereto (ECF No. 18), **IT IS HEREBY ORDERED** that that the motion to dismiss is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE.**

　　　　The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
WENDY BEETLESTONE, J.